UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

              Plaintiff,

v.                                            Case No. 8:14-cv-00066-VMC-TGW

GEOPHARMA, INC.; MIHIR K. TANEJA,
an individual; CAROL DORE-FALCONE, an
individual; SUSAN BONGIOVANNI, an
Individual; and the GEOPHARMA, INC. GROUP
HEALTH PLAN;

              Defendants.
_____/

## NOTICE OF APPEARANCE OF BRIAN P. BATAGLIA, P.A. and BRIAN P. BATAGLIA, ESQ. AS COUNSEL OF RECORD FOR SUSAN BONGIOVANNI, AN INDIVIDUAL

Brian P. Battaglia, P.A. and Brian P. Battaglia, Esq. give their Notice of Appearance as counsel of record for Susan Bongiovannni, an individual, in the above styled cause and requests that copies of all future pleadings, notices, and correspondence be directed to the attention of Brian P. Battaglia, P.A. and Brian P. Battaglia, Esq. as Lead Attorney to be Noticed for Susan Bongiovanni, an individual.

Respectfully submitted on this 16th Day of January 2016.

By: s/ Brian P. Battaglia
BRIAN P. BATTAGLIA, ESQ.
Florida Bar No.: 0557978
SPN: 662729
BRIAN P. BATTAGLIA, P.A.
2429 CENTRAL AVENUE

SUITE 211
ST. PETERSBURG, FLORIDA 33713
Tel: 727-327-4222; Fax: 727-327-5874
Primary e-mail:
brian@brianbattaglialaw.com
**Lead Attorney To Be Noticed**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, that I, the above referenced attorney, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Karen E. Mock**
US Department of Labor - Office of the Solicitor
Suite 7T10
61 Forsyth St SW
Atlanta, GA 30303-8816
404/302-5459
Fax: 404/302-5438
Email: mock.karen@dol.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**U.S. Department of Labor**

**Geopharma, Inc.**
6901 Bryan Dairy Road
Suite #130
Largo, FL 33777
PRO SE

**Daniel Alter**
Gray Robinson, PA
Suite 1000
401 E Las Olas

2

Blvd
Ft Lauderdale, FL
33301
954/761-8111
Fax: 954/761-8112
Email:
dalter@gray-robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

Counsel for Mihir Taneja, an individual

**Constantine W. Papas**
Law Office of Constantine W. Papas, PA
Suite 106
1277 N. Semoran Blvd.
Orlando, FL 32807
813/684-7104
Fax: 813/448-3676
Email: cwp@deanpapaslaw.com
**Counsel for Carol Dore-Falcon,
an individual**

**Geopharma, Inc. Group Health Plan**
6901 Bryan Dairy Road
Suite #130
Largo, FL 33777
PRO SE